DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROHAN CHRISTOPHER GOODEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2745

_____

March 20, 2026

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus,
Judge.

Laura L. Cepero and William R. Ponall of Ponall Law, Maitland, for
Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine
Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

 Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.